### VSHER ag$^t$ PICKERING

John Vsher plaint. ag$^t$ Sarah Pickering Defend$^t$ in an action of debt of Nine pound three shillings in money due by booke which shall farther appeare by bill under the hand of the s$^d$ Pickering dat$^d$ 5$^o$ 8$^{br}$ 1675. with all due damages. . . . The Jury . . . found for the plaint. nine pound three shillings money and costs of Court grant$^d$ Eighteen shillings.

Execution issued Aug$^o$ 14$^o$ 1678.

### LEVERETT ag$^t$ FOX

John Leverett Esq$^r$ plaint. ag$^t$ Nathan$^{ll}$ Fox Defend$^t$ in an action of trespass upon the case for groundeing two Sloopes in the Dock or Creeke of the s$^d$ John Leverett, in Boston and thereby stopping the passage and defameing the just title of the s$^d$ Leverett in the s$^d$ dock or Creeke to his damage One hundred pounds in money w$^{th}$ all other due damages: . . . The Jury . . . found for the plaint. the dock or Creeke now in controversy ten shillings money damage and costs of Court. The Defend$^t$ appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants and gave Security for the prosecution thereof to Effect. [ 523 ]

[ The plaintiff withdrew his action before it reached the higher court. Records of Court of Assistants, i. 125.]